**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : Case: 1:25-mj-00285 |
| | : Assigned To: Judge Sharbaugh, Matthew J. |
| **ANTONIO HARPER,** | : Assign. Date: 12/19/2025 |
| | : Description: COMPLAINT W/ARREST WARRANT |
| **Defendant.** | : |
| | : |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Jeremiah Johnson, a Detective with the Metropolitan Police Department (MPD), being duly sworn, depose and state as follows:

1. I submit this affidavit in support of a criminal complaint charging ANTONIO HARPER with violations of 18 U.S.C. § 2251(a), Sexual Exploitation of a Child, between on or about November 1, 2025, and November 5, 2025, and 18 U.S.C. § 922(g)(1), Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, on or about December 19, 2025.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

**AFFIANT BACKGROUND**

4. I am "an investigative or law enforcement officer" of the United States within the

1

meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. Your affiant is a sworn member of the Metropolitan Police Department of the District of Columbia. Since 2009, he has worked in the capacity of patrol officer, automobile theft investigator, child abuse investigator, and currently as an investigator at the Federal Bureau of Investigation (FBI) Child Exploitation and Human Trafficking Task Force (CEHTTF). Your affiant has been deputized by the United States Marshal Service as a Task Force Officer. Your affiant's duties and responsibilities are to investigate the sexual exploitation of children, to include child pornography, sex trafficking of minors, and sex trafficking related offenses. Your affiant has gained experience in conducting such investigations through training in seminars, classes, and everyday work related to these types of investigations.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2251(a), Sexual Exploitation of a Child, and 18 U.S.C. § 922(g)(1), Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, on or about December 19, 2025, have been committed by ANTONIO HARPER.

## PROBABLE CAUSE

7.      On November 2, 2025, a 17-year-old female (herein, "MV-1") was reported missing from Fairfax County, Virginia. On November 6, 2025, MV-1 was located by her mother

2

in the District of Columbia. MV-1 disclosed to her mother that she had been sexually abused, so MV-1's mother took her to Inova Children's Hospital in Falls Church, Virginia, for a medical evaluation. The mother reported to hospital staff that MV-1 had been missing since October 31, 2025, but she did not file a police report until November 2, 2025.

8.    Officers from the Fairfax County Police Department responded to the hospital and conducted an initial investigation. MV-1 reported that she was sexually abused by an unknown adult male, later identified as ANTONIO HARPER, who gave her cocaine and alcohol. MV-1 reported that HARPER held her at his apartment against her will, bought her lingerie, and stated that MV-1 would make money for him. On the morning of November 6, 2025, MV-1 was able to leave HARPER's apartment and ran to a supermarket across the street (later identified as the Avenue Supermarket, located at 5010 New Hampshire Avenue, Northwest, Washington, D.C.) to call her mother. Her mother responded to the location shortly thereafter and located MV-1.

9.    MV-1 showed members of the Fairfax County Police Department the location of HARPER's apartment using Google Maps. The apartment was located at ███████ ███████ Washington, D.C. MV-1 referenced the bright red outer door and stated that HARPER's apartment was up the stairs to the right, which was subsequently confirmed by law enforcement.

10.    When members of the Metropolitan Police Department of the District of Columbia arrived at the hospital, a Sexual Assault Nurse Examiner (SANE) was conducting a sexual assault forensic examination of MV-1. MV-1 had multiple injuries, which she stated were inflicted by HARPER, including a bite mark on her upper left breast and scratch marks on her stomach, legs, and arms. MV-1 stated that she was wearing HARPER's gray t-shirt and a hoodie, as well as a pink bra and underwear that he had bought her. All these items of clothing were collected as part

3

of the Physical Evidence Recovery Kit.

11.    On November 12, 2025, and November 14, 2025, a forensic interview was conducted with MV-1. MV-1 stated that on the night of October 31, 2025, she went to a Halloween party in the District of Columbia with a friend, without telling her mother. After leaving the party, MV-1 and her friend got into an argument, and MV-1's friend left. A juvenile male whom MV-1 had met earlier that night told MV-1 that she could come back to his apartment to sleep and that he would then get her an Uber home to Fairfax, Virginia. MV-1 went to the juvenile's apartment and slept but had to leave when his mother returned home later that day (November 1, 2025).

12.    MV-1 had never been to the District of Columbia before and did not know how to get home. Her phone was broken and would not turn on. MV-1 walked to a nearby laundromat and asked to use a stranger's cell phone. MV-1 could not remember her mother's phone number and instead called her friend, Adult Witness 1 (AW-1), who told her to go to the nearest metro station, which was the Fort Totten Metro Station.

13.    While MV-1 was walking to the Fort Totten Metro Station, an adult male who was not known to MV-1 approached her in his car. The male stated that his name was "Tony," (subsequently identified as HARPER) and offered to help MV-1 get home. MV-1 got into HARPER's car and HARPER drove her to his apartment. MV-1 told HARPER that she was 17 years old. Inside the apartment, HARPER told MV-1 that she looked tired and ordered food for her from a delivery service. MV-1 stated that HARPER gave her a Coke soda and, after she drank it, she felt high, like she was "walking on clouds." HARPER then drove MV-1 to a clothing store and brought her "provocative" clothing, such as lingerie and a neon bra.

14.    MV-1 stated that HARPER had a gun with him at all times, whether in the apartment or in the car. He carried the gun in a black backpack. MV-1 saw the gun and described

4

it as a black handgun with a United States flag on it with a long "charger."[1] MV-1 stated that she was scared of HARPER's gun and felt like she could not escape him.

15.    After taking MV-1 to the clothing store, HARPER brought MV-1 back to his apartment and told her to take a shower. After the shower, HARPER ordered MV-1 to put on the clothes that he had bought her, but she refused. HARPER then made her wear the clothes and told MV-1, "You're mine forever." HARPER threw MV-1 on the bed and started slapping her in the face. HARPER told MV-1 that she was going to do whatever he wanted. MV-1 slapped HARPER in the face twice. HARPER then "raped" MV-1, which she explained meant that he put his penis in her vagina. MV-1 stated that HARPER was aggressive and pulled her hair, slapped her butt, and called her the "B word" during the rape. After HARPER finished raping MV-1, he told her that she was going to do the same things with his friends. HARPER then gave MV-1 alcohol, and she remembered things "speeding around." MV-1 stated that she was still high when she had taken a shower, and after she drank the alcohol, "everything was increased."

16.    After the rape, HARPER told MV-1 that he was her "king" and that she was going to do everything he said. MV-1 felt bad and guilty that she had lied to her mother, so she began to cry. HARPER asked MV-1 why she was crying and stated that he did not do anything.

17.    MV-1 stated that HARPER forced her to give him oral sex multiple times during the days that she was at his apartment. MV-1 described oral sex as "blowing him," and explained that HARPER made her suck his penis with her mouth. HARPER would take his clothes off and instruct MV-1 to "blow him." MV-1 stated that she did not feel like she could refuse HARPER's command. MV-1 recounted that HARPER recorded her giving him oral sex with his cellphone,

---

[1] MV-1 used her hand to describe the "charger" and, based on your affiant's training and experience with firearms, it appears that she was describing a high-capacity magazine.

which she described as a black iPhone with three cameras.[2] MV-1 stated that HARPER would sometimes slap her, and she would be crying in the videos. HARPER also appeared to be talking to someone else in the videos, saying things such as, "You see how she sucks." MV-1 did not know whether HARPER was on a video call or was sending the videos to other people.

18.    HARPER took provocative pictures of MV-1 in the lingerie that he had bought for her and discussed how MV-1 would make a lot of money for him. HARPER also showed MV-1 pictures of other females posing that he had on his iPad. HARPER described the pictures as "art" and said the women were his "folks."[3] HARPER told MV-1 that if she "blew" other people or had sex with other people, she could earn $5,000 a week and make him rich. At one point, MV-1 heard HARPER talking on the phone to someone about needing to get a fake identification card. HARPER did not explicitly state that he wanted the identification card for MV-1, but she believed it was possibly for her.

19.    MV-1 described HARPER as being tall, "black, not too black," with "not long" black hair, a beard, and tattoos all over his body. MV-1 stated that he had scars on both sides of his stomach, a spiderweb tattoo on his arm, and a big tattoo on his back, possibly a cross. HARPER told MV-1 that he was 37 years old.

20.    MV-1 reported that HARPER also instructed her to sell cocaine for him. HARPER told MV-1 to walk outside the apartment, hug the customer, and then exchange the drugs for money, which she did.

21.    MV-1 recounted that on two occasions, HARPER locked her inside of his car for hours. Because the car's windows were heavily tinted, passers-by could not see MV-1 inside the

---

[2] Pro models of iPhones have 3 cameras.
[3] Your affiant knows that the term "folks" is used in the commercial sex industry to mean individuals working for a particular pimp.

car. During these times, MV-1 saw HARPER bring other females up to the apartment. MV-1 was inside the car for so long that she fell asleep.

22.    MV-1 stated that while she was in the shower on November 4, 2025, HARPER knocked on the door and told her not to change and to give him oral sex. MV-1 replied that she was too tired and did not want to, but HARPER grabbed her by the hair, started slapping her, and told her that she was going to do what he wanted. HARPER then put his penis in MV-1's mouth and forced her to perform oral sex on him. MV-1 said that when HARPER was done, he fell asleep like nothing had happened. MV-1 stated that HARPER slept all day until sometime on Wednesday, November 5, 2025. MV-1 stated that HARPER left the apartment on Wednesday afternoon and did not return.

23.    MV-1 stated that later that night, she began to think about escaping and could not sleep because she was scared of getting caught. MV-1 felt like HARPER was going to kill her if she tried to escape because he had a gun. MV-1 began thinking of her mother and looked for her cellphone, which HARPER had taken from her earlier. MV-1 began searching the bedroom and found some yellow pills. She took four of them, after which everything began "speeding around." MV-1 noticed that the apartment door was not locked and decided to try to escape. MV-1 found her cellphone, put on a t-shirt and hoodie that belonged to HARPER, and left the apartment. MV-1 ran to the supermarket across the street, where an employee allowed her to call her mother.

24.    MV-1's mother provided law enforcement with MV-1's cellphone, an Apple iPhone 12, and signed a consent to search form. MV-1's cellphone screen was damaged, and only half the screen was viewable. A forensic examination was conducted on the cellphone, and there

7

was limited use from October 31, 2025, to November 6, 2025, but the following was noted:

a.    On November 1, 2025, at 2:16 P.M., a picture was taken of another cellphone (Android OS). The other cellphone appears to be on the leg of MV-1, and displayed on the phone is Google Maps, with the directions from 5007 New Hampshire Avenue, Northwest, Washington, D.C.[4], to Fort Totten Metro Station. The cellphone is on a phone call with the phone number ███████████.[5]

b.    On November 5, 2025, at 10:38 A.M., the phone number ███████████, later identified as HARPER's phone number, was entered as a contact in MV-1's cellphone.

c.    On November 1, 2025, at 6:28 A.M., and multiple other times on November 6, from 12:49 A.M. to 9:10 A.M., a screen shot was taken of MV-1's cellphone lock screen. In each of the screenshots, the cellular service stated "SOS," indicating the MV-1's cellphone has no cellular service.

25.    MV-1 reported that HARPER did not wear a condom either when he raped her or when he made her give him oral sex.

26.    MV-1 reported she left the following items at HARPER's residence: black Forever 21 shirt, black Forever 21 mini jacket, black bra, black heels, and white Nike socks.

27.    On November 17, 2025, law enforcement submitted an administrative subpoena to Block, Inc., for any accounts associated with HARPER's phone number. On December 17, 2025, Block, Inc. provided the requested information with basic subscriber data and transaction history for one account. The account was registered to HARPER and had his date of birth and social

---

[4] The address is the Laundry Basket laundromat.
[5] The phone number is known but has been redacted and is associated with ███████████ (known but redacted).

security number. The account's transaction history showed a payment of $32.17 at "Night Dreams" on November 1, 2025, at 4:35 pm. A review of HARPER's phone number's historical location data showed that HARPER's phone was pinging near the lingerie and sex toy shop, Night Dreams, 2410 18th St NW, Washington, D.C., between 4 pm and 7 pm on November 1, 2025, consistent with MV-1's account of HARPER having taken her to a store that sold "provocative clothing."

28.     On December 19, 2025, law enforcement executed a residential search warrant at ███████████████████████████████. Law enforcement located HARPER within the residence. During the search, law enforcement recovered a firearm depicting an American flag from the closet of HARPER's bedroom. The firearm is consistent with MV-1 description that HARPER possessed a firearm with a flag design. The firearm was under a black backpack and assorted clothes. A picture of the firearm is below:



29.     The recovered firearm was a Glock 45 handgun bearing serial number BSNH374. The firearm contained an extended magazine with fifteen rounds of 9mm caliber ammunition. The black backpack that was on top of the firearm contained an empty regular magazine.  Firearms and ammunition are not manufactured within the District of Columbia.  Therefore, the firearm and ammunition traveled in and affected interstate commerce.

30.    HARPER has been previously convicted of crimes punishable by more than a year in prison.  Specifically, on July 17, 2009, HARPER was convicted of Conspiracy to Distribute One Kilogram or More of Heroin Resulting in Death, in violation of 21 U.S.C. § 846, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A), in the District Court for the Eastern District of Virginia (09-CR-00072-LMB). HARPER was sentenced to 320 months of incarceration, later reduced to 122 months of incarceration, and five years of supervised release. Therefore, at the time of this offense, HARPER was aware that he had been convicted of a crime punishable by more than a year imprisonment.

31.    Law enforcement also recovered an Apple iPhone 14 Pro Max phone on the floor by the front door. The phone was opened using HARPER's biometrics. During a preview of the device, law enforcement recovered two videos showing HARPER putting his penis into the mouth of MV-1.

32.    Law enforcement also recovered MV-1's clothing and shoes from HARPER's bedroom.

33.    HARPER was arrested and agreed to waive his *Miranda* rights and speak to law enforcement. He initially denied knowing MV-1, but subsequently admitted to meeting MV-1 outside of the laundromat, bringing her to his apartment, having sex with her, and filming her giving him oral sex. HARPER stated that the sex was "consensual" and that he did not hold MV-1 at his apartment against her will. HARPER denied that any other individual had sex with MV-1 and stated that he did not notice any injuries on her body when she was with him. HARPER initially said that MV-1 told him that she was eighteen years old, but later claimed that MV-1 said she was nineteen years old. He acknowledged that MV-1 seemed "immature" and that she said she lived with her mother. HARPER was shown a photo of the gun recovered from the closet of his

10

room and denied that the firearm was his. He stated that he had moved the firearm at one point, but that it was already there when he moved into the apartment. HARPER did not provide an exact date of when he moved into the apartment but stated it was "a few months" after his friend who used to live there was arrested in May.

## CONCLUSION

Based on the foregoing, there is probable cause to believe that ANTONIO HARPER committed violations of 18 U.S.C. § 2251(a), Sexual Exploitation of a Child, between on or about November 1, 2025, and November 5, 2025, and 18 U.S.C. § 922(g)(1), Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, on or about December 19, 2025.

_____
Jeremiah Johnson
Detective (D1-1262)
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) by telephone on this 19th day of December, 2025.

_____
The Honorable Matthew J. Sharbaugh
United States Magistrate Judge